EDWARD J. DE FREITAS v.
NEW JERSEY STATE BOARD OF PAROLE.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM LEE COPELAND.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT FRANK PEARSON.

October 7, 1970. Petition for certification denied.

IN THE MATTER OF THE PROBATE OF THE ALLEGED
WILL OF SIMEON DARON, DECEASED.

October 7, 1970. Petition for certification denied.

EDWARD E. GODWIN, *ETC.*, v. ART WIRE & STAMPING CO.

October 7, 1970. Petition for certification denied.